UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH LYN SPATE, | Case No.  4:21-cv-00122-YGR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION |
| LAKE COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | Re: Dkt. No. 1 |

TO PLAINTIFF MARIAH LYN SPATE: YOU ARE HEREBY ORDERED TO SHOW CAUSE in writing no later than **Monday**, **January 25, 2021** why this case should not be dismissed for lack of subject matter jurisdiction.  The Court has reviewed the complaint and request for temporary restraining order (Docket Number ("Dkt. No.") 1.), and cannot determine the basis for subject matter jurisdiction[1] in this *federal* district court.  Unlike a *state* court, which can hear most matters including the issuance of restraining orders for stalking or matters involving housing, a *federal* district court is a court of limited jurisdiction: meaning, it is prohibited from hearing cases *except* in limited circumstances.  *See Lowdermilk v. United States Bank Nat'l Assoc.*, 479 F.3d 994, 998 (9th Cir. 2007) ("[A]s federal courts, we are courts of limited jurisdiction[.]").  The Court requests that Ms. Spate write to clarify and explain why this case belongs in federal court and should not be dismissed for lack of subject matter jurisdiction.  **A failure to respond by the above date will result in the dismissal of this action for lack of subject matter jurisdiction**.

IT IS SO ORDERED.

Dated: January 11, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[1]  The Court explains to Ms. Spate that subject matter jurisdiction is the ability of the Court to hear the case and its claims. In general, there are two grounds for subject matter jurisdiction: (1) diversity jurisdiction, requiring parties of diverse states and a minimum of $75,000 in controversy; and (2) federal question jurisdiction, which involves a federal law or federal right.