United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIAH LYN SPATE**, | Case No. 4:21-cv-00122-YGR |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |
| **LAKE COUNTY SHERIFF'S DEPARTMENT**, | |
| Defendant. | Re: Dkt. Nos. 1, 6, 13 |

Based on a preliminary review of the record, including the complaint and purported request for a temporary restraining order (*see* Dkt. No. 1), the Court issued an Order to Show Cause as to why this case should not be dismissed on for lack of subject matter. (Dkt. No. 6.) The Court advised plaintiff Mariah Lyn Spate that a federal district court is a court of limited jurisdiction, explaining that, in general, the bases for jurisdiction include either diversity jurisdiction, or federal question jurisdiction. (*Id.*, n.1.) The Court warned that, without a sufficient explanation as to the Court's jurisdiction, the Court would dismiss this case for lack of subject matter jurisdiction. (*Id.*)

On January 21, 2021, Ms. Spate filed a response. (*See* Dkt. No. 8; *see also* Dkt. Nos. 9, 10, 11, 12 (duplicate filings).) Ms. Spate does not mention diversity jurisdiction, but explains that, based on her additional allegations in the response, detailing a series of events regarding several interactions with law enforcement and the Federal Bureau of Investigation, the matter has "become federal question on so many levels because [she is] currently out of [her] home with no justice and millions of dollars are being fraudulently moved through various locations." (*Id.*)[1]

The Court is empathetic to Ms. Spate's situation, but based on a review of the allegations and the purported claims in which Ms. Spate is bringing, this Court is not the correct court to hear

---

[1] Ms. Spade also filed substantively identical and duplicative documents on January 26, 2021, stylized as a "Second Amended Complaint and Request for TRO." (Dkt. No. 13.)

such claims and allegations.  Ms. Spate identifies no federal statutes or federal rights that are impacted by the allegations in her response.  Even under a generous and broad reading of Ms. Spate's additional explanation, the Court cannot determine how it has federal question jurisdiction in this matter. Federal question jurisdiction is not established in a case simply based on the alleged scope of harm to a plaintiff.

Accordingly, the Court **DISMISSES** this matter for lack of subject matter jurisdiction. Further, the motion for leave to proceed *in forma pauperis* is **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

This Order terminates Docket Numbers 2 and 13.

**IT IS SO ORDERED.**

Dated: January 29, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**